AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

SHAHID B. YUSUF

*Plaintiff(s)*

v.    Civil Action No. 4:21-cv-02175

ABILITY RECOVERY SERVICES LLC

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ABILITY RECOVERY SERVICES LLC
c/o CORPORATION SERVICE COMPANY
DBA CSC - LAWYERS INCORPORATING SERVICE COMPANY
211 E. 7TH STREET, SUITE 620
AUSTIN, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Victor T. Metroff
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: July 21, 2021

s/ H. Lerma
*Signature of Clerk or Deputy Clerk*

SERVED

United States District Court
Southern District of Texas
**ENTERED**
July 06, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Shahid B. Yusuf §
   Plaintiff, §
§
§
v. § CIVIL ACTION NO. 4:21−cv−02175
§
§
Ability Recovery Services, LLC §
   Defendant. §

**ORDER FOR CONFERENCE AND
DISCLOSURE OF INTERESTED PARTIES**

1. Counsel and all parties appearing <u>pro se</u> shall appear for an initial pretrial and scheduling conference before

    **Magistrate Judge Andrew M Edison
    December 15, 2021, at 09:30 AM**
    Courtroom 600 in Houston
    United States Courthouse
    United States District Court
    515 Rusk Street
    Houston, TX 77002

2. Within fifteen days from receipt of this order, counsel shall file with the clerk a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. Underline the name of each corporation whose securities are publicly traded. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

3. NOTICE TO PARTIES ASSERTING FEDERAL JURISDICTION IN DIVERSITY CASES: Under 28 U.S.C. § 1332 there must be complete diversity between plaintiffs and defendants. Complete diversity requires that all persons on one side of the controversy be citizens of different states from all persons on the other side. The party asserting federal jurisdiction in a diversity action has the burden to demonstrate that there is complete diversity. The citizenship of limited liability entities is determined by the citizenship of their members. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). When members of a limited liability entity are themselves entities or associations, citizenship must be traced through however many layers of members there are until arriving at the entity that is not a limited liability entity and identifying its citizenship

SERVED

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SHAHID B. YUSUF | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CAUSE NO. 4:21-cv-02175 |
| | § | |
| ABILITY RECOVERY SERVICES LLC | § | |
| Defendant. | § | |

### AFFIDAVIT OF SERVICE

"The following came to hand on Jul 26, 2021, 12:00 pm,

SUMMONS, COMPLAINT, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES,

and was executed at **211 E 7th St Suite 620 , Austin, TX 78701** within the county of **Travis** at **02:45 PM** on **Tue, Jul 27 2021**, by delivering a true copy to the within named

**ABILITY RECOVERY SERVICES LLC BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY ACCEPTED BY AUTHORIZED AGENT SAMANTHA GUERRA**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson**, my date of birth is **2/5/1983**, and my address is **500 E. 4th St. #143, Austin, TX 78701** , and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **TX**, on **July 27, 2021**.

_____
Corin Johnson
Certification Number: PSC-5625
Certification Expiration: 9/30/2022