UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHAHID B. YUSUF, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-02175 |
| ABILITY RECOVERY SERVICES, LLC, | § § | |
| Defendant. | § § | |

## Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

Ability Recovery Services, LLC

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55.

Signed on April 6, 2022, at Houston, Texas.

_____
George C. Hanks, Jr
United States District Judge